JUNE 20, 1945

*United States* v. *William B. Pitcairn* (No. 4512).—Earthenware and chinaware—Value—British Purchase Tax. Appeal from Reappraisement Decision 5976.

JULY 9, 1945

*United States* v. *C. J. Tower & Sons* (No. 4514).—Oat scalpings. Appeal from C. D. 919.

NOVEMBER 1, 1945

*United States* v. *New York Merchandise Co., Inc.* (No. 4528).—Legality of appraisement—Examination of packages (electric light bulbs)—Antidumping duties. Appeal from C. D. 945.

DECEMBER 4, 1945

*United States* v. *Great Lakes Foundry Sales Co.* (No. 4532).—Mineral substances—Nepheline syenite—Sand. Appeal from C. D. 685.